UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MADELINE ANDREWS
84 ORIENT AVE
JERSEY CITY NJ 07305

**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 2 4 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

MADELINE ANDREWS,
    Debtor.

Case No. 17- 12040-RG

Chapter 7

| Recommended Local Form: | ■ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER EXTENSION OF TIME TO FILE TO FILE SCHEDULES AND THE STATEMENT OF FINANCIAL AFFAIRS. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(C)

The relief set forth on the following page is hereby **ORDERED**.

_VS BU_

2-24-17

2582628v1

**(PAGE 2)**
Debtor:          MADELINE ANDREWS
Case No:        17-12040-RG
Caption of Order:   Order Extension to extend time to file schedules and the financial affairs forms.

---

The court having noted the debtor's request to extend time to file schedules and for good cause shown, it is

ORDERED that the debtor's request is:

■     Granted.  The deadline to file schedules is extended to March 15, 2017.

☐     Denied.