UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MADELINE ANDREWS
84 ORIENT AVE
JERSEY CITY NJ 07305

FILED
JEANNE A. NAUGHTON, CLERK
FEB 24 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

MADELINE ANDREWS,
　Debtor.

Case No. 17-12040-RG

Chapter 7

| Recommended Local Form: | ■ Followed | ☐ Modified |
|---|---|---|

# ORDER EXTENSION OF TIME TO FILE TO FILE SCHEDULES AND THE STATEMENT OF FINANCIAL AFFAIRS. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(C)

The relief set forth on the following page is hereby **ORDERED**.

2-24-17

_____
USBJ

2582628v1

**(PAGE 2)**
Debtor:              MADELINE ANDREWS
Case No:             17-12040-RG
Caption of Order:    Order Extension to extend time to file schedules and the financial affairs forms.

---

The court having noted the debtor's request to extend time to file schedules and for good cause shown, it is

ORDERED that the debtor's request is:

■   Granted. The deadline to file schedules is extended to March 15, 2017.

☐   Denied.

2582628v1

United States Bankruptcy Court
District of New Jersey

In re:
Madeline Andrews
    Debtor

Case No. 17-12040-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Feb 27, 2017
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db        +Madeline Andrews,   84 Orient Ave.,   Jersey City, NJ 07305-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
      Charles A. Stanziale, Jr.   cstanziale@mccarter.com,  slipstein@mccarter.com;nj06@ecfcbis.com
      Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 3