Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−12040−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madeline Andrews
   84 Orient Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8182

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Madeline Andrews.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Rosemary Gambardella on:

Date:          April 4, 2017
Time:         10:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: March 9, 2017
JAN: slm

                                                                           Jeanne Naughton
                                                                      Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 17-12040-RG
Madeline Andrews                                                          Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Mar 09, 2017
                              Form ID: 169             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db            +Madeline Andrews,    84 Orient Ave.,    Jersey City, NJ 07305-3612
cr            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516624986     +Buckley Madole, PC,    99 Wood Avenue South,    Ste. 803,    Iselin, NJ 08830-2713
516624988     +Hudson County Sheriff's Office,    G15 Adm. Bldg.,    595 Newark Ave.,
                Jersey City, NJ 07306-2394
516624987     +SLS,   8742 Lucent Blvd.,    Ste. 300,    Highland Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2017 22:53:56      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2017 22:53:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516657822     +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2017 22:49:46      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I,
               Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```