UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

MADELINE ANDREWS
84A ORIENT AVE
JERSEY CITY, NJ 07305
TEL. 551-655-4555

Order Filed on April 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MADELINE ANDREWS,

   Debtor.

Case No. 17-12040 (RG)

Chapter 7

Recommended Local Form:   ■ Followed   ☐ Modified

# ORDER FOR DEBTOR'S MOTION TO CONVERT FROM A CHAPTER 7 TO A CHAPTER 13 PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 706(a)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

2582628v1

---

The Court having noted a Notice of Motion filed by Debtor, is

ORDERED that the Debtor's to convert from a Chapter 7 to a Chapter 13 request is:

■    Granted.  Day _____ of _____ in the year _____

☐    Denied.

_____

2582628v1