UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MADELINE ANDREWS
84A ORIENT AVE
JERSEY CITY, NJ 07305
TEL. 551-655-4555

Order Filed on April 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MADELINE ANDREWS,

   Debtor.

Case No. 17-12040 (RG)

Chapter 7

Recommended Local Form:   ■ Followed   ☐ Modified

## ORDER FOR DEBTOR'S MOTION TO CONVERT FROM A CHAPTER 7 TO A CHAPTER 13 PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 706(a)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

2582628v1

---

The Court having noted a Notice of Motion filed by Debtor, is

ORDERED that the Debtor's to convert from a Chapter 7 to a Chapter 13 request is:

- ■ Granted. Day _____ of _____ in the year _____
- ☐ Denied.

_____

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12040-RG
Madeline Andrews                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin              Page 1 of 1            Date Rcvd: Apr 12, 2017
                         Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db    +Madeline Andrews,  84 Orient Ave.,  Jersey City, NJ 07305-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 2