Form 181 – ntchrgfailcnvt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−12040−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madeline Andrews
   84 Orient Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8182

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the conversion date:

   Chapter 13 Plan and Motions; Chapter 13 Statement of Your Current Monthly Income

2. This case will be dismissed on May 11, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

        U.S. Bankruptcy Court
        MLK Jr Federal Building
        50 Walnut Street
        Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before May 11, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: April 27, 2017
JAN: lc

        Jeanne Naughton
        Clerk

   If the schedules you file list more creditors than were included on the list of
   creditors(matrix) filed with your petition, you must file with your schedules
   an amended list of creditors(matrix), listing only those creditors being added,
   and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).
   You must also pay a $31 fee for the amendment in the form of certified check,
   money order, or attorney's check.

United States Bankruptcy Court
District of New Jersey

In re:  
Madeline Andrews  
    Debtor

Case No. 17-12040-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 27, 2017  
                                   Form ID: 181     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db          +Madeline Andrews,     84 Orient Ave.,     Jersey City, NJ 07305-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:51     U.S. Attorney,    970 Broad St.,     Room 502,     Rodino Federal Bldg.,     Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47     United States Trustee,     Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,     Newark, NJ 07102-5235

                                                                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                              TOTAL: 3