| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOHN A. LIPOWSKI  (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 (fax)<br>jal1001@aol.com | **Order Filed on January 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Madeline ANDREWS,<br><br>　　　　　　　　　　Debtor | Case No.:       17-12040<br><br>Chapter:         13<br><br>Hearing Date:   n/a<br><br>Judge:             RG |

## ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC ON DEBTORS' PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED:

**DATED: January 10, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtors:  Madeline ANDREWS

Case no.: 17-12040

Caption:  ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC  ON DEBTOR'S PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

This matter being opened to the Court by John A. Lipowski, attorney for the debtor, Madeline Andrews for an Order to Allow a Loan Modification Agreement with Specialized Loan Servicing, LLC on Debtor's Property Located at 84 Orient Avenue, Jersey City. New Jersey, and the Court having considered the papers submitted, and for good cause shown, it is:

ORDERED, that the loan modification agreement with Specialized Loan Servicing, LLC on debtors property located at 84 Orient Avenue, Jersey City, New Jersey is hereby approved;

IT IS FURTHER ORDERED, that in the event the loan modification is completed and the pre-petition arrears are capitalized into the loan, Specialized Loan Servicing, LLC shall amend its Proof of Claim to the amount paid to date or withdraw the claim within sixty (60) days of completion of the loan modification;

AND IT IS FURTHER ORDERED, that the Chapter 13 Trustee shall suspend disbursements, if any, to Specialized Loan Servicing, LLC on the mortgage arrears pending completion of the loan modification, and all money that would otherwise be paid to Specialized Loan Servicing, LLC on the mortgage arrears be held in abeyance until the arrearage portion of the claim is amended to the amount paid to date, the claim withdrawn, or the Chapter 13 Trustee is notified that the loan modification was not consummated;

AND IT IS FURTHER ORDERED, that with respect to any post-petition orders, claims for post-petition mortgage arrears, and/or orders for creditor's attorney fees which are being capitalized into the

Debtor:   Madeline ANDREWS

Case no.  17-12040

Caption:  ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC ON DEBTORS' PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

loan, Specialized Loan Servicing, LLC shall amend any and all post-petition orders or claims within sixty (60) days after completion of the loan modification;

   AND IT IS FURTHER ORDERED, that in the event the Proof of Claim is amended to the amount paid to date or withdrawn, the Chapter 13 Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed Chapter 13 Plan;

   AND IT IS FURTHER ORDERED, that the automatic stay is modified to permit Specialized Loan Servicing, LLC to record the loan modification upon approval by this Court;

   AND IT IS FURTHER ORDERED, that in the event that the loan modification is not consummated, Specialized Loan Servicing, LLC shall notify the Chapter 13 Trustee and debtor's attorney of same.  Any money that was held by the Chapter 13 Trustee pending completion of the modification shall then be paid to Specialized Loan Servicing, LLC;

   AND IT IS FURTHER ORDERED that debtor shall file an amended Schedule J and Modified Plan within twenty-one (21) days of this Order;

   AND IT IS FURTHER ORDERED that the movant shall serve a copy of this Order on the debtor, the Chapter 13 Trustee and any other party who has entered an appearance on this motion.