UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Madeline ANDREWS,

                Debtor

Case No.:       17-12040

Chapter:        13

Hearing Date:   n/a

Judge:          RG

## ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC ON DEBTORS' PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED:

**DATED: January 10, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Page 2

Debtors:  Madeline ANDREWS

Case no.:  17-12040

Caption:  ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC  ON DEBTOR'S PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

This matter being opened to the Court by John A. Lipowski, attorney for the debtor, Madeline Andrews for an Order to Allow a Loan Modification Agreement with Specialized Loan Servicing, LLC on Debtor's Property Located at 84 Orient Avenue, Jersey City. New Jersey, and the Court having considered the papers submitted, and for good cause shown, it is:

ORDERED, that the loan modification agreement with Specialized Loan Servicing, LLC on debtors property located at 84 Orient Avenue, Jersey City, New Jersey is hereby approved;

IT IS FURTHER ORDERED, that in the event the loan modification is completed and the pre-petition arrears are capitalized into the loan, Specialized Loan Servicing, LLC shall amend its Proof of Claim to the amount paid to date or withdraw the claim within sixty (60) days of completion of the loan modification;

AND IT IS FURTHER ORDERED, that the Chapter 13 Trustee shall suspend disbursements, if any, to Specialized Loan Servicing, LLC on the mortgage arrears pending completion of the loan modification, and all money that would otherwise be paid to Specialized Loan Servicing, LLC on the mortgage arrears be held in abeyance until the arrearage portion of the claim is amended to the amount paid to date, the claim withdrawn, or the Chapter 13 Trustee is notified that the loan modification was not consummated;

AND IT IS FURTHER ORDERED, that with respect to any post-petition orders, claims for post-petition mortgage arrears, and/or orders for creditor's attorney fees which are being capitalized into the

Page 3

Debtor:   Madeline ANDREWS

Case no.  17-12040

Caption:  ORDER ALLOWING LOAN MODIFICATION AGREEMENT WITH SPECIALIZED LOAN SERVICING, LLC ON DEBTORS' PROPERTY LOCATED AT 84 ORIENT AVENUE JERSEY CITY, NEW JERSEY

loan, Specialized Loan Servicing, LLC shall amend any and all post-petition orders or claims within sixty (60) days after completion of the loan modification;

AND IT IS FURTHER ORDERED, that in the event the Proof of Claim is amended to the amount paid to date or withdrawn, the Chapter 13 Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed Chapter 13 Plan;

AND IT IS FURTHER ORDERED, that the automatic stay is modified to permit Specialized Loan Servicing, LLC to record the loan modification upon approval by this Court;

AND IT IS FURTHER ORDERED, that in the event that the loan modification is not consummated, Specialized Loan Servicing, LLC shall notify the Chapter 13 Trustee and debtor's attorney of same. Any money that was held by the Chapter 13 Trustee pending completion of the modification shall then be paid to Specialized Loan Servicing, LLC;

AND IT IS FURTHER ORDERED that debtor shall file an amended Schedule J and Modified Plan within twenty-one (21) days of this Order;

AND IT IS FURTHER ORDERED that the movant shall serve a copy of this Order on the debtor, the Chapter 13 Trustee and any other party who has entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12040-RG
Madeline Andrews                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2018
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db             +Madeline Andrews,    84 Orient Ave.,    Jersey City, NJ 07305-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    John A. Lipowski    on behalf of Debtor Madeline  Andrews jal1001@aol.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 4