UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOHN A. LIPOWSKI, ESQ.  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

Order Filed on April 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Madeline ANDREWS,

Debtor

Case No.:     17-12040

Chapter:     13

Judge:     RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: April 12, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____John A. Lipowski, Esq._____, the applicant, is allowed a fee of $ _____2,000.00_____ for services rendered and expenses in the amount of $_____240.00_____ for a total of $_____2,240.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

□  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2