Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  17−12040−RG
                      Chapter:  13
                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madeline Andrews
   84 Orient Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8182

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 9, 2018.

On 5/14/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            June 20, 2018
Time:           09:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 15, 2018
JAN: lc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Madeline Andrews  
    Debtor

Case No. 17-12040-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 15, 2018  
                        Form ID: 185     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.

```
db           +Madeline Andrews,    84 Orient Ave.,    Jersey City, NJ 07305-3612
aty          +Jerome F. O'Brien,    O'Brien & Taylor,    175 Fairfield Ave.,    PO Box 505,
               W. Caldwell, NJ 07007-0505
516624986    +Buckley Madole, PC,    99 Wood Avenue South,    Ste. 803,    Iselin, NJ 08830-2713
516805116    +Dr. Leonardis/Carol WR,    1515 S 21st St,    Clinton, IA 52732-6676
516692655    +Dr. Leonards-Carol WR,    1515 S 21st St.,    Clinton, IA 52732-6676
516692656    +Executive Credit MGM,    4 Waterloo Rd.,    Stanhope, NJ 07874-2653
516857324    +FV-1, Inc., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517297006    +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516692658     HSBC Bank,    PO Box 9,    Buffalo, NY
516692657    +Hackensack Univ Medce,    30 Prospect Ave.,    Hackensack, NJ 07601-1915
516624988    +Hudson County Sheriff's Office,    G15 Adm. Bldg.,    595 Newark Ave.,
               Jersey City, NJ 07306-2394
516692659    +LHR Inc.,    1 Main St.,    Hamburg, NY 14075-4930
517519987    +Madeleine Andrews,    Attn: O;Brien & Taylor,    175 Fairfiled Ave,    PO Box 505,
               West Caldwell, NJ 07007-0505
516805117    +Northern NJ Orthopedic,    730 Palisade Avenue,    Teaneck, NJ 07666-3144
517520043    +Northern Nea Jersey Orthppedic Specialits, PA,    O'Brien & Taylor,    176 Fairfield Ave,
               PO Box 505,    West Caldwell, NJ 07007-0505
517406777    +Northern New Jersey,    Orthopedic Specialists P.A.,    Attn: Jerome F. O'Brien, Esq.,
               PO Box 505,    West Caldwell, NJ 07007-0505
516624987    +SLS,    8742 Lucent Blvd.,    Ste. 300,    Highland Ranch, CO 80129-2386
517437473    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:42
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516657822    +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:06     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516876257    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2018 23:30:57     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517437474*   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I,
               Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Madeline  Andrews jal1001@aol.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 15, 2018
                              Form ID: 185             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 4