Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12040−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madeline Andrews
   84 Orient Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8182

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on September 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 120 − 115
Order Granting Motion To Avoid Lien re: Hackensack University Medical Center; Northern New Jersey Orthopedic Specialists, PA; Allied Surgical Group, PA. (Related Doc # 115). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/22/2020. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2020
JAN: car

Jeanne Naughton
Clerk

Case 17-12040-RG    Doc 121    Filed 09/26/20    Entered 09/27/20 00:22:53    Desc Imaged
                                 Certificate of Notice    Page 2 of 2

```
                           United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                                Case No. 17-12040-RG
Madeline Andrews                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 24, 2020
                              Form ID: orderntc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db             +Madeline Andrews,    84 Orient Ave.,   Jersey City, NJ 07305-3612
aty            +Jerome F. O'Brien,   O'Brien & Taylor,   175 Fairfield Ave.,   PO Box 505,
                 W. Caldwell, NJ 07007-0505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 00:20:20
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I,
               Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    Towd Point Mortgage Trust 2018-2, U.S. Bank National
               Association, as Indenture Trustee bankruptcy@feinsuch.com
              Jill   Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for TOWD
               POINT MORTGAGE TRUST 2018-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               bankruptcy@feinsuch.com
              Jill   Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2018-PM6
               bankruptcy@feinsuch.com
              John A. Lipowski    on behalf of Debtor Madeline   Andrews jal1001@aol.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Towd Point Mortgage Trust 2018-2, U.S. Bank National
               Association, as Indenture Trustee NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8