UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John A. LIPOWSKI, ESQ.  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204

(973) 540-9127
jal1001@aol.com

Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Madeline ANDREWS,

Case Number: 17-12040

Hearing Date: September 16, 2020

Judge: RG

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as ___84 Orient Avenue, Jersey City, New Jersey 07305___, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Hackensack University Medical Center, DJ-235031-14 (HUD-DC-117-10)

2. Northern New Jersey Orthopedic Specialists, PA, J-227085-09 (ESX-L-2665-09)

3. Allied Surgical Group, PA, J-160207-09, (HUD-L-5193-08)

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Madeline Andrews  
    Debtor

Case No. 17-12040-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 24, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db           +Madeline Andrews,    84 Orient Ave.,    Jersey City, NJ 07305-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jill Manzo    on behalf of Creditor    Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee bankruptcy@feinsuch.com  
         Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2018-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@feinsuch.com  
         Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2018-PM6 bankruptcy@feinsuch.com  
         John A. Lipowski    on behalf of Debtor Madeline Andrews jal1001@aol.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 8